*Received 1/11/18*
*Judge Briccetti's chambers*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
1-12-18

**MARTIN A. COHEN**
**COUNSELOR and ATTORNEY-AT-LAW**
**450 BROADWAY**
Ph. (845) 561-6000        P.O. Box 1402        Fax (845) 561-6095
Newburgh, New York  12551
**Service by Fax Not Accepted**

*By 1/19/18, plaintiff's counsel shall respond by letter to this letter. Also, plaintiff's counsel shall serve a copy of this Order on Mr. Cohen, by 1/16/18.*
*So ordered:*
*VB, USDJ*
*1/11/18*

January 5, 2018

Judge Vincent L. Briccetti
United States District Court
For the Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust
       v. Debra Pagliaro James Pagliaro, Civil Action No. 17-cv-7123

Dear Judge Briccetti:

Please be advised that I write on behalf of Mr. & Mrs. Pagliaro, requesting a 45 day adjournment on consent. I had a phone discussion with Steven J. Vargas, Esq., Plaintiff's counsel and advised him that Mr. Pagliaro has been hospitalized and institutionalized for rehabilitation since October of 2017, after suffering a major stroke.  I had requested the longest adjournment possible so that he could participate in his defense.  Mr. Vargas consented and agreed.

I am sending a copy of this letter to him verifying both the conversation and our agreement.

Your courtesy and cooperation in this regard is most appreciated.

Thank you. In the event that you require other and or further information please don't hesitate to contact me..

Very truly yours,

MARTIN A. COHEN

MAC/
Encl./

cc: S. Vargas, Esq.