Debra Pagliaro

10 South Walnut

Beacon, NY 12508

January 14, 2018

JAN 17 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-24-18

*Clerk shall docket this letter. So ordered [signature] 1/23/18 7-CV-7123*

Dear Judge Briccetti,

This letter is written to you to get some answers as to your January 11, 2018 judgement of the foreclosure on our home at 10 South Walnut St. Beacon, NY 12508

I called your office over a week prior and spoke to a woman who said she would mail me a form to be filled out asking for a postponement. I never received that form. I also called a left a message for the banks attorney explaining situation and received no phone call back. Our current lawyer Martin Cohen advised us that we had a 45 day postponement for court due to my husband being ill in the hospital and me working out of state teaching.

The actual story to all this is we have been jerked around so many times trying to receive help. The right hand doesn't know what the left hand is doing at Calibur. We never received any correspondence from the bank as they kept sending all mail to our name but to our previous lawyers address who never gave us any letters. He must have been very ill because he passed away, therefore we have no knowledge of any directions or answers to our questions. We still to this day have no idea where any of our mail is that was sent to the lawyer (Thomas Halley). Nor do we have any of our case notes.

I also personally called Calibur a few times, spoke to two different gentlemen explaining that my husband has been very sick and we put the house on the market with a realtor. I asked if it was ok for us to sell the home and once we had a buyer the bank would get their money at the closing. They assured me this would be fine.

My husband has suffered a massive stroke and has been hospitalized since October 8, 2017. He is still in a rehab center and we don't know for how long. He has been sick for sometime we just found out from a rare auto immune disease which causes him to have vasculitis which causes inflammation of the brain and causes the strokes.

Our realtor is Kim Markarian at Berkshire and Hathway. Phone number 845-244-2188, email is kmarkarian@bhhshudsonvalley.com. You can contact her to get contract if you would like. She does have a few interested buyers and need to try and go through finance. We are selling house at what we owe the bank so we can pay it all at the closing. We are not not making a dime off of it . Actually we will have to pay extra for closing fees and realtor commission .

I am asking that you please respond back to me and let me know if we will still be able to go through with a sale of house before you make decision to foreclose and auction it off. I want you to understand I am going through a lot of emotional and physical stress with all that is going on in our life at this time. I am trying my best to do the right thing and make sure the bank gets paid. I am not trying to be deceitful

or unlawful. I just need answers as to why we were told one thing by the bank and the lawyer and then another to get a letter of the foreclosure. If you reschedule another court date I will make sure that I attend . I am not sure about my husband as I have no idea of his medical clearance to be released at this time.

Thank You for giving me the opportunity to try and explain the situation at hand and hope you can understand and give me some guidance as what to do.  I still have personal stuff in the house as well as my husband business stuff.  I hear horror stories about how in foreclosure you don't get a chance to get back in house.  I am hoping it will not have to go to full foreclosure and auction. I am praying hard every day to god that the house will sell very soon and the bank can receive their money at the closing.


Sincerely,

Debra Pagliaro
*D. Pagliaro*
845-206-3157

Cc/Stephen Vargas

Cc/Martin Cohen