# HANDEL & CARLINI, LLP
## ATTORNEYS AT LAW

Evan B. Handel
Anthony C. Carlini, Jr.

Jordan T. Haug
Megan A. Shedden

Of Counsel
Lewis Wrobel

Main / Correspondence Office:
62 East Main Street • Wappingers Falls, NY 12590

Satellite Offices by Appointment Only:
85 Civic Center Plaza • Suite 201A • Poughkeepsie, NY 12601
372 Fullerton Avenue, Upper Level, Newburgh, New York 12550

T 845.452.3434 • F 845.471.0105 • www.handelcarlini.com

*[Stamp: USDS'S DOCUM ELECT 3-16-18]*

March 15, 2018

Hon. Vincent L. Briccetti
US District Court SDNY
300 Quarropas Street
White Plains, NY 10601

RE: US Bank v. Pagliaro (7:17-cv-07123-VB)

*[Handwritten note: Clerk shall docket this letter. So ordered. VB, USDJ 3/15/18]*

Dear Judge Briccetti:

Our firm has been involved transitionally, with the Defendant, assisting them with a potential short sale of the Subject Property, and subsequently assisting them in preparing an application for accepting a deed-in-lieu offer. With this letter, I have attached both the offer of a deed-in-lieu by Caliber and the Defendant's application, which was submitted on March 13, 2018. As you will note in the offer, the DIL offer will expire if a foreclosure sale date is scheduled. As the DIL offer was just extended, we would like time for Caliber to review the Defendant's submission and approve or deny the DIL prior to a foreclosure sale date being scheduled.

Additionally, Mr. Pagliaro suffered a massive stroke in 2017 and is in a 24-hour rehab facility and is severely disabled. Mrs. Pagliaro took a teaching job in Pennsylvania, working there Monday through Friday and returning home on weekends to be with her husband. As such, they are requesting that Mrs. Paglario appear by phone, for today's conference, pro se, as she will request the same relief requested in the first paragraph of this letter.

Very truly yours,

HANDEL & CARLINI, LLP
Attorneys at Law

JORDAN HAUG, ESQ.

JH



Mar. 15. 2018 10:09AM    Case 7:17-cv-07123-VB    Document 25    Filed 03/16/18    Page 3 of 9    No. 2750    P. 4



**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Notice to Consumers presently in bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a federal bankruptcy court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll free telephone number at (800) 569-4287 or by visiting www.hud.gov/offices.

# CALIBER HOME LOANS

## LOSS MITIGATION APPLICATION

### COMPLETE ALL PAGES OF THIS FORM
See Instructions page for numbered boxes at the end of this application.

Loan Number: 9803641993　　　　　Servicer: Caliber Home Loans, Inc.

| BORROWER (1) | CO-BORROWER (2) |
|---|---|
| Borrower's Name: James Pagliaro | Co-Borrower's Name: Debra Pagliaro |
| Social Security No.: 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　Date of Birth: 1/17/58 | Social Security No.: 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　Date of Birth: 10/7/58 |
| Home phone number with area code: N/A | Home phone number with area code: N/A |
| Cell number with area code: 845-206-3154 | Cell number with area code: 845-206-3157 |
| Work number with area code: N/A | Work number with area code: N/A |
| Email Address: N/A | Email Address: momwithpep@aol.com |

3) Mailing address: 10 South Walnut St. Beacon, NY 12508

Property address (if same as mailing address, check same) ☒ Same

4) I want to: ☐ Keep the Property　☒ Vacate the property
The property is my: ☒ Primary Residence　☐ Second Home　☐ Investment
The property is: ☒ Owner Occupied　☐ Renter Occupied　☐ Vacant
If the property is not currently vacant, do you have plans to vacate the property within 90 days? ☒ Yes ☐ No

Just took off market 3/12/18

Is the property listed for sale? ☒ Yes ☐ No
If No, proceed to section (6)

Have you received an offer on the property? ☐ Yes ☐ No
bad offer - you wanted short sale buyer withdrew
NOT ANYMORE!!!

Date of offer: _____ Amount of offer: $_____
Agent's Name? Kimberley MarKavian
Agent's Phone Number: 845-744-2188
Berkshire Real Estate
For Sale by Owner? ☐ Yes ☒ No

Have you contacted a housing-counseling agency for help? ☐ Yes ☒ No
If yes, please complete the following:
Counselor's Name: _____
Agency Name: _____
Counselor's Phone Number: _____

Loss Mitigation Application　　　　　　　1

# CALIBER HOME LOANS

| | Counselor's E-mail: _____ |
|---|---|
| **(7) Who pays the real estate tax bill on your property?**<br>☐ I do  ☒ Lender does  ☐ Paid by condo or HOA<br>Are the taxes current?  ☒ Yes  ☐ No<br>Condominium or HOA fees?  ☐ Yes  ☒ No<br>If yes: $ _____<br>Homeowners Association Name (HOA): _____<br>Paid to: _____ | **(8) Who pays the hazard insurance premium for your property?**<br>☐ I do  ☒ Lender does  ☐ Paid by condo or HOA<br>Is the policy current?  ☒ Yes  ☐ No<br>Name of Insurance Co.: _____<br>Insurance Co. Tel #: _____ |

**(9) Bankruptcy**
Have you filed for bankruptcy?  ☐ Yes  ☒ No    If yes: ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ☐ Chapter 13
Filing Date: _____
Has your bankruptcy been discharged?  ☐ Yes  ☐ No    Bankruptcy case number: _____

**(10) Additional Liens/Mortgages or Judgments on this property:**

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
| | | | |
| | | | |

**(11) HARDSHIP STATEMENT**
I am requesting review under your loss mitigation program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

☒ My household income has been reduced. For example: unemployment, underemployment, <u>reduced pay or hours, decline in business earnings</u>, death, disability or divorce of a borrower or co-borrower.

☒ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt.

☐ My expenses have increased. For example: monthly mortgage payment reset, <u>high medical or health care costs</u>, uninsured losses, increased utilities or property taxes.

☒ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time.

Loss Mitigation Application

2


**CALIBER HOME LOANS**

Hardship Detail (Please give a short description of your hardship situation):

James has been sick with strokes and auto immune disease Vasculitis. He just suffered a massive stroke and has been in hospitals + Rehabs for almost 6 months now. Still in a Rehab. Totally disabled. Earnings on his business reduced drastically. Has been ill for over 10 years off + on.



**CALIBER HOME LOANS**

*See attached Profit + Loss for Borrower*

## COMPLETE ALL PAGES OF THIS FORM
See Instructions page for numbered boxes at the end of this application.

**(12)**
Are you self-employed?   ☑ Yes   ☐ No   (please check one)
Are you a teacher?   ☐ Yes   ☑ No   (please check one)
If yes, do your paychecks consist of a ☐ 10 month salary OR ☐ 12 month salary? (please check one)

**(13)**
A Formal Repayment Plan requires a down payment of 50% of your unpaid past due debt. Do you have funds* that Caliber can consider in evaluating you for a Formal Repayment Plan?   Yes / (No) (please circle one)

* Funds include checking or savings accounts, cash, and other liquid assets. Funds do not include retirement accounts.

If "Yes", what are the total funds? $ _____

*Co-Borrower*

| (14) Income¹ | | Assets | | Expenses | | |
|---|---|---|---|---|---|---|
| ☐ Monthly Income | $ 0 | (25) Checking Account(s) | $ 2,000 | (36) First Mortgage Payment | $ 0 | |
| ☑ Bi-Weekly Income | $ 600 | (26) Checking Account(s) | $ 0 | (37) Second Mortgage Payment | $ 0 | |
| ☐ Semi-Monthly Income | $ 0 | (27) Savings/Money Market | $ 0 | (38) Rental Property Mortgage Payment | $ 0 | |
| ☐ Weekly Income | $ 0 | (28) CDs | $ 0 | (39) Borrower Paid Homeowner's Insurance | $ 0 | ( ) Monthly ( ) Quarterly ( ) Annually |
| (15) Overtime/Bonus | $ 0 | (29) Stocks/Bonds | $ 0 | (40) Borrower Paid Real Estate Taxes | $ 0 | ( ) Monthly ( ) Quarterly ( ) Annually |
| (16) Commission | $ 0 | (30) Other Cash on Hand | $ 0 | (41) HOA/Condo Fees | $ 0 | ( ) Monthly ( ) Quarterly ( ) Annually |
| (17) Social Security Income | $ 0 | (31) Other Real Estate (estimated value) | $ 0 | (42) Credit Cards / Installment Loan(s) (total minimum payment per month) | $ 600 | |
| (18) Disability Income | $ 0 | (32) Other: | $ 0 | (43) Alimony, child support payments | $ 0 | |
| (19) Rental Income | $ 0 | (33) Other: | $ 0 | (44) Net Rental Expenses | $ 0 | |
| (20) Unemployment Income | $ 0 | (34) Other: | $ 0 | (45) Car Payments | $ 0 | |
| (21) Child Support/Alimony/Separation Maintenance Income² | $ 0 | (35) Total Assets: | $ 2,000 | (46) Food / Groceries | $ 200 | |
| (22) Non-Borrower Contribution to Household Income | $ 0 | | | (47) Utilities (Water / Electricity / Gas / Trash) | $ 380 | |
| (23) Public Assistance³ | $ 0 | | | (48) Automobile Gas/Insurance | $ 300 Kathy | |
| (24) Total (Gross Income) | $ 1,200 | | | (49) Other | $ 50 | |
| | | | | (50) Total Expenses | $ 1,530 | |

Loss Mitigation Application

4

James Pagliaro, CPA
Profit and Loss
Month and January
2018

| Expenses | |
|---|---|
| Insurance | $2,400 |
| Phone | $420 |
| Utilities | $200 |
| Rent | $895 |
| Internet | $78 |
| Misc. Supplies | $290 |
| Postage | $128 |
| Credit Card Fees | $100 |
| Total | $4,511 |

| Income | |
|---|---|
| Client Payments | $4,400 |
| | |
| Balance | ($111.00) |



# CALIBER HOME LOANS

## LOSS MITIGATION APPLICATION
## ACKNOWLEDGMENT AND AGREEMENT

*In making this request for consideration under your loss mitigation program, I certify under penalty of perjury:*

That all of the information in this document is truthful and the event(s) identified on page one is/are the reason that I need to request a change to the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.

I understand that the Servicer, __Caliber__, or its agents may investigate the accuracy of my statements and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate the law.

I understand that the Servicer will obtain a current credit report on all borrowers obligated on the Note.

I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any loss mitigation agreement and may pursue foreclosure on my home.

I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.

I am willing to commit to housing counseling if it is determined that my financial hardship is related to excessive debt.

I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any loss mitigation agreement to any third party that needs this information to process this application, including but not limited to: any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate liens (if applicable) mortgage loan(s); any companies that perform support services in conjunction with my mortgage; any HUD-certified housing counselor; and government regulators.

By providing my phone number, I consent to being contacted via voice call, text message, or pre-recorded message by Caliber Home Loans, Inc. or its authorized third party through an automated dialing system regarding my account at any telephone number, including mobile telephone number, I have provided.

(51) _James Pagliaro_  2-12-18
Borrower Signature  Date

_Debra Pagliaro_  3/12/18
Co-Borrower Signature  Date

Account Number: __9803641993__