United States District Court
for the
Southern District of New York

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST )<br><br>Plaintiff )<br><br>v. )<br><br>DEBRA PAGLIARO, JAMES PAGLIARO )<br><br>Defendants. ) | Civil Action No. 17-CV-7123<br>Dutchess County No. 230-2017<br><br>**NOTICE TO CANCEL NOTICE OF PENDENCY** |

DUTCHESS COUNTY
CLERK'S OFFICE
RECEIVED
2018 OCT 23 AM 11: 10

Gross Polowy, LLC, the attorneys for the Plaintiff, hereby requests that the Dutchess County Clerk in accordance with CPLR §6514(e) cancel the Notice of Pendency filed in this action filed on September 25, 2017 including any predecessor filing, if applicable.

DATED: August 16, 2018

/SJV/ *Stephen Vargas*
Stephen J. Vargas, Esq.
Gross Polowy, LLC
*Attorneys for Plaintiff*

United States District Court
for the
Southern District of New York

DUTCHESS COUNTY
CLERK'S OFFICE
RECEIVED

2018 OCT 23  AM 11: 10

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST ) ) ) ) ) Plaintiff ) v. ) ) ) ) ) ) DEBRA PAGLIARO, JAMES PAGLIARO ) ) ) Defendant(s) ) | Dutchess County No. 230-2017 Civil Action No. 17-CV-7123  **AFFIRMATION IN SUPPORT OF CANCELLATION OF NOTICE OF PENDENCY VACATUR OF JUDGMENT OF FORECLOSURE AND SALE** |

Stephen J. Vargas, Esq. pursuant to Fed. R. Civ. P. §11, and under the penalties of perjury, declares as follows:

1. I am an attorney at law and an associate of Gross Polowy, LLC the attorneys of record for the Plaintiff. I am fully familiar with the facts, court papers and proceedings of this action.

2. This action was brought to foreclose a mortgage on real property known as 10 South Walnut Street, Beacon, NY 12508, SBL #: 5954 - 27 - 868876.

3. The Notice of Pendency was filed in the Office of the Dutchess County Clerk on September 25, 2017.

4. The Plaintiff requests the Notice of Pendency be cancelled because the Plaintiff and Defendants settled the matter via a deed in lieu of foreclosure.

5. The Plaintiff has not made any previous application for this or like relief.

**WHEREFORE**, the Plaintiff requests that the Notice of Pendency be cancelled from the records of the Office of the Clerk of the County of Dutchess, together with such other and further relief as to this Court may seem just, equitable, and proper.

DATED:   August 16, 2018
         Westbury, New York

_Stephen Vargas_
Stephen J. Vargas, Esq.